**Jared D. Smith**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**Meridian, ID 83642**
**Phone: (208) 888-9111**
**Fax: (208) 888-5130**
**Idaho State Bar No. 11954**
**E-mail: *jsmith@foleyfreeman.com***

**Attorney for Debtor**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| **In re:**<br><br>**ROCKY MOUNTAIN HUNTING CALLS AND SUPPLIES, LLC,**<br><br>**Debtor.** | **Case No. 26-20315-NGH**<br><br>**Chapter 11 Sub V**<br><br>**STIPULATION FOR WITHDRAWAL OF DEBTOR'S EMERGENCY AND CONTINUING MOTION FOR USE OF CASH COLLATERAL AND VACATION OF FINAL HEARING** |

COMES NOW the Debtor, Rocky Mountain Hunting Calls and Supplies, LLC, by and through its attorney of record, Jared D. Smith of Foley Freeman, PLLC, and Brett R. Cahoon of the United States Trustees' Office, and Matthew W. Grimshaw, the Subchapter V Trustee, stipulate and agree as follows:

**RECITALS**

On August 6, 2026, the Debtor filed the Emergency and Continuing Motion for Authority to Use Cash Collateral (Dkt. No. 12) (the "Motion"), seeking authority to use cash collateral in which the Secured Creditor(s) hold, or may hold, a security interest.

The Court entered an interim order granting the Motion on August 27, 2026 (Dkt. No. 33), authorizing the Debtor's use of cash collateral on an interim basis pending the Final Hearing.

A Final Hearing on the Motion is currently scheduled for September 28, 2026 at 10:00 AM MST/9:00 AM PST before the Honorable Noah G. Hillen, United States Bankruptcy Judge.

Subsequent to the entry of the interim order, the Secured Creditor(s) have voluntarily agreed to release and relinquish all security interests, liens, and other encumbrances held in and upon the collateral, including any interest constituting cash collateral within the meaning of 11 U.S.C. § 363(a).

As a result of the Secured Creditor(s)' voluntary release of their security interests in the Collateral, no party holds or asserts a security interest in the Debtor's cash collateral, and the Debtor no longer requires authority under 11 U.S.C. § 363 to use such collateral.

Accordingly, the Motion is moot, and the final hearing scheduled for September 28, 2026 should be vacated.

**AGREEMENT**

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

The Debtor's Emergency and Continuing Motion for Authority to Use Cash Collateral (Dkt. No. 12) is hereby withdrawn with prejudice.

The final hearing on the Motion currently scheduled for September 28, 2026 at 10:00 AM MST/9:00 AM PST is moot and the parties respectfully request that the Court vacate the hearing from its calendar.

This Stipulation shall be effective upon approval and entry of an order by the Court.

SO STIPULATED this 15th day of September, 2026.

*/s/Brett R. Cahoon*
By: Brett R. Cahoon
Attorney for the Office of the United States Trustee

SO STIPULATED this 15th day of September, 2026.

*/s/Matthew W. Grimshaw*
By: Matthew W. Grimshaw
Subchapter V Trustee

SO STIPULATED this 15th day of September, 2026.

FOLEY FREEMAN, PLLC
*/s/Jared D. Smith*
By: Jared D. Smith
Attorney for Debtor

SO STIPULATED this 15th day of September, 2026.

*/s/Dale Ames*
By: Dale Ames
Individually

SO STIPULATED this 15th day of September, 2026.

*/s/Dale Ames*
By: Dale Ames
On behalf of Lakoda, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of September, 2026, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | |
|---|---|
| Office of the U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | _X_ CM/ECF Notice |
| Trustee<br>Matthew Grimshaw | _X_ CM/ECF Notice |
| Casey M. Bruner<br>RIVERSIDE NW LAW GROUP, PLLC<br>601 W. Riverside Ave., Ste. 810<br>Spokane, WA 99201 | _X_ Mail |

*/s/ Jared D. Smith*
Jared D. Smith