UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>ROCKY MOUNTAIN HUNTING CALLS, & SUPPLIES, LLC,<br><br>Debtor(s). | Case No. 26-20315-NGH<br><br>Chapter 11<br>Subchapter V |

**ORDER GRANTING APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL**

This matter having come before the court on the Application to Employ Special Counsel for Debtor (the "Application") (Doc. No. 29) filed by counsel for the Debtor on August 20, 2026; no objections having been filed to the Application; and good cause appearing therefore;

IT IS HEREBY ORDERED pursuant to 11 U.S.C. § 327(e) that the Debtor is authorized to employ Kim Trout and the law firm of Trout & Jones, PLLC as counsel to represent the Debtor as outlined in the Application, with compensation subject to 11 U.S.C. § 330. Pursuant to LBR 2014-1, said employment is effective as of the 20th day of August, 2026. *//end of text//*

DATED: September 18, 2026

NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

*Submitted by Jared D. Smith, Attorney for Debtor*