# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−2 | User: admin | Date Created: 9/18/2026 |
| Case: 26−20315−NGH | Form ID: pdf116 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| aty | Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| aty | Jason Ronald Naess | Jason.r.naess@usdoj.gov |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Rocky Mountain Hunting Calls & Supplies, LLC | 4520 W Hargrave Ave, Suite A | Post Falls, ID 83854 |
| sp | Kim Trout Trout & Jones PLLC | 3778 N. Plantation River Dr., Ste 101 | Boise, ID 83703 |

TOTAL: 2