UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>ROCKY MOUNTAIN HUNTING CALLS, & SUPPLIES, LLC,<br><br>Debtor(s). | Case No. 26-20315-NGH<br><br>Chapter 11<br>Subchapter V |

**ORDER GRANTING STIPULATION FOR WITHDRAWAL OF DEBTOR'S EMERGENCY AND CONTINUING MOTION FOR USE OF CASH COLLATERAL AND VACATING FINAL HEARING**

This matter having come before the court on the Stipulation for Withdrawal of Debtor's Emergency and Continuing Motion for Use of Cash Collateral and Vacation of Final Hearing (the "Stipulation") (Doc. No. 52) filed by counsel for the Debtor on September 17, 2026; and good cause appearing therefore;

IT IS HEREBY ORDERED that the Stipulation to withdraw the Debtor's motion is hereby granted. The final hearing, currently set for September 28, 2026, at 10 a.m. MDT/9:00 a.m. PDT is hereby vacated.

*//end of text//*

DATED: September 18, 2026

NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

*Submitted by Jared D. Smith, Attorney for Debtor*

United States Bankruptcy Court
District of Idaho

In re: Case No. 26-20315-NGH
Rocky Mountain Hunting Calls & Supplies, Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-2 User: admin Page 1 of 2
Date Rcvd: Sep 18, 2026 Form ID: pdf040 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rocky Mountain Hunting Calls & Supplies, LLC, 4520 W Hargrave Ave, Suite A, Post Falls, ID 83854-8573 |
| cr | | Corey Jacobsen, 30 Duke Ln, Donnelly, ID 83615 |
| acc | + | Elias Siriani, Anderson Peretti & Co, 611 N Argonne Rd, Spokane Valley, WA 99212-2885 |
| sp | + | Kim Trout, Trout & Jones PLLC, 3778 N. Plantation River Dr., Ste 101, Boise, ID 83703-3086 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| Casey Bruner | on behalf of Creditor Corey Jacobsen cmb@rnwlg.com |
| Jared Smith | on behalf of Debtor Rocky Mountain Hunting Calls & Supplies LLC jsmith@foleyfreeman.com, mgreen@foleyfreeman.com |
| Jason Ronald Naess | on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov |
| Matthew W Grimshaw | |

| | |
|---|---|
| | mgrimshaw@rgelaw.com ID22@ecfcbis.com;agrimshaw@rgelaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

TOTAL: 6